UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 18-cr-470 WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     EDUARDO RAMON TARANGO-TARANGO,
       a.k.a. "Conejo,"
2.     ARMANDO COLACION-TALAMANTES,
3.     OMAR CHAVEZ-GUTIERREZ,
       a.k.a. "Tlacuache," "Manny," and "Menny,"
4.     ISMAEL VASQUEZ-OLIVAS,
       a.k.a. "Carlos,"
5.     ZENAIDA LOPEZ-LOZANO,
6.     NAUM GOMEZ-ROMERO,
7.     MARIA LOURDES GARCIA-ARAMBULA,
       a.k.a. "Lulu,"
8.     SALOMON BARRIOS-GARCIA,
9.     OLIVER SALAZAR-FELIX,
       a.k.a. "Guerito,"
10.   AIDE PAOLA TARANGO,
       a.k.a. "La Prima," and
11.   JASON OAKS.

       Defendants.

## INDICTMENT

## CHARGING STATUTES

18 U.S.C. § 2
18 U.S.C. § 1952(a)(3)(A)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853(a)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)(II)
21 U.S.C. § 841(b)(1)(B)(ii)(II)
21 U.S.C. § 841(b)(1)(C),
21 U.S.C. §§ 843(b) and 843(d)
21 U.S.C. § 846
31 U.S.C. § 5332(a)(1)

## COUNT ONE

On or about and between March 1, 2017, and April 1, 2018, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," ARMANDO COLACION-TALAMANTES, OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," ISMAEL VASQUEZ-OLIVAS, a.k.a. "Carlos," ZENAIDA LOPEZ-LOZANO, NAUM GOMEZ-ROMERO, MARIA LOURDES GARCIA-ARAMBULA, a.k.a. "Lulu," SALOMON BARRIOS-GARCIA, OLIVER SALAZAR-FELIX, a.k.a. "Guerito," AIDE PAOLA TARANGO, a.k.a. "La Prima," and JASON OAKS, and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute, or possess with the intent to distribute one or more of the following Controlled Substances: (1) 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; (2) 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and (3) less than 500 grams of mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II), 841(b)(1)(C), and 846.

## COUNT TWO

On or about August 27, 2017, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," and ARMANDO COLACION-TALAMANTES did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or

facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT THREE

On or about August 29, 2017, within the State and District of Colorado, the defendants ARMANDO COLACION-TALAMANTES did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FOUR

On or about September 27, 2017, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," and OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny" did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FIVE

On or about September 28, 2017, within the State and District of Colorado, the defendants OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and ISMAEL VASQUEZ-OLIVAS, a.k.a. "Carlos" did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SIX

On or about September 28, 2017, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," and ISMAEL VASQUEZ-OLIVAS, a.k.a. "Carlos," did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about October 30, 2017, within the State and District of Colorado and elsewhere, the defendant ZENAIDA LOPEZ-LOZANO did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion,

management, establishment, or carrying on, of an unlawful activity, specifically

violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in

Count One of this Indictment, and thereafter performed or attempted to perform an act

to promote, manage, establish, carry on, or facilitate the promotion, management,

establishment, or carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT EIGHT

On or about October 31, 2017, within the State and District of Colorado, the

defendants ZENAIDA LOPEZ-LOZANO did knowingly or intentionally use a

communications device, specifically a telephone, in committing, or in causing or

facilitating the commission of a felony delineated in Title 21 of the United States Code,

specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT NINE

On or about November 1, 2017, within the State and District of Colorado, the

defendant ZENAIDA LOPEZ-LOZANO, with the intent to evade a currency reporting

requirement under section 31 U.S.C. § 5316, knowing concealed more than $10,000.00

in currency in a conveyance, specifically a vehicle, and attempted to transport the

currency from a place within the United States to a place outside of the United States.

All in violation of Title 31, United States Code, Section 5332(a)(1).

## COUNT TEN

On or about January 20, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," ARMANDO COLACION-TALAMANTES, and NAUM GOMEZ-ROMERO, did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about January 27, 2018, within the State and District of Colorado and elsewhere, the defendant NAUM GOMEZ-ROMERO did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count One of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT TWELVE

On or about January 27, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," ARMANDO COLACION-TALAMANTES, and NAUM GOMEZ-ROMERO did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about January 28, 2018, within the State and District of Colorado, the defendants ARMANDO COLACION-TALAMANTES and MARIA LOURDES GARCIA-ARAMBULA, a.k.a. "Lulu," did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT FOURTEEN

On or about January 28, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," ARMANDO COLACION-TALAMANTES and MARIA LOURDES GARCIA-ARAMBULA, a.k.a. "Lulu," did knowingly or intentionally distribute and possess with the intent to distribute 5

kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about February 7, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," and AIDE PAOLA TARANGO, a.k.a. "La Prima," did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SIXTEEN

On or about February 7, 2018, within the State and District of Colorado, the defendants AIDE PAOLA TARANGO, a.k.a. "La Prima," and OLIVER SALAZAR-FELIX, a.k.a. "Guerito," did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

## COUNT SEVENTEEN

On or about February 7, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," SALOMON BARRIOS-GARCIA, OLIVER SALAZAR-FELIX, a.k.a. "Guerito," and AIDE PAOLA TARANGO, a.k.a. "La Prima," did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

On or about February 15, 2018, within the State and District of Colorado and elsewhere, the defendant SALOMON BARRIOS-GARCIA did travel in interstate commerce with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count One of this Indictment, and thereafter performed or attempted to perform an act to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT NINETEEN

On or about February 15, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," SALOMON BARRIOS-GARCIA, OLIVER SALAZAR-FELIX, a.k.a. "Guerito," and AIDE PAOLA TARANGO, a.k.a. "La Prima," did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT TWENTY

On or about February 17, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," and AIDE PAOLA TARANGO, a.k.a. "La Prima," did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

**COUNT TWENTY-ONE**

On or about March 3, 2018, within the State and District of Colorado, the defendants AIDE PAOLA TARANGO, a.k.a. "La Prima," and JASON OAKS did knowingly or intentionally use a communications device, specifically a telephone, in committing, or in causing or facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count One of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

**COUNT TWENTY-TWO**

On or about March 5, 2018, within the State and District of Colorado, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," OLIVER SALAZAR-FELIX, a.k.a. "Guerito," AIDE PAOLA TARANGO, a.k.a. "La Prima," and JASON OAKS did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

**COUNT TWENTY-THREE**

On or about March 12, 2018, within the State and District of Colorado, the defendants OLIVER SALAZAR-FELIX,  a.k.a. "Guerito," AIDE PAOLA TARANGO,

a.k.a. "La Prima," and JASON OAKS did knowingly or intentionally distribute and possess with the intent to distribute 500 grams or more but less than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and did knowingly or intentionally aid, abet, counsel, command, induce or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Twenty-Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of the violations alleged in Counts One through Twenty-Three of this Indictment, including violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(B)(ii)(II), 841(b)(1)(C), 843(d) and 846, the defendants EDUARDO RAMON TARANGO-TARANGO, a.k.a. "Conejo," ARMANDO COLACION-TALAMANTES, OMAR CHAVEZ-GUTIERREZ, a.k.a. "Tlacuache," "Manny," and "Menny," ISMAEL VASQUEZ-OLIVAS, a.k.a. "Carlos," ZENAIDA LOPEZ-LOZANO, NAUM GOMEZ-ROMERO, MARIA LOURDES GARCIA-ARAMBULA, a.k.a. "Lulu," SALOMON BARRIOS-GARCIA, OLIVER SALAZAR-FELIX, a.k.a. "Guerito," AIDE PAOLA TARANGO, a.k.a. "La Prima," and JASON OAKS, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds

obtained directly and indirectly as a result of such offense, and in all property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of

such offense, including, but not limited to:

1.     A money judgment in the amount of $2,000,000.00 obtained by the conspiracy and by the defendants, for which the defendants are joint and severally liable;

2.     $72,993.00 seized on November 1, 2017, from defendant Zenaida Lopez-Lozano.

If any of the property described above, as a result of any act or omission of the

defendant(s);

1.     cannot be located upon the exercise of due diligence;

2.     has been transferred or sold to, or deposited with, a third party;

3.     has been placed beyond the jurisdiction of the Court;

4.     has been substantially diminished in value; or

5.     has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), incorporated by Title 18, United States Code, Section 982, to seek

forfeiture of any other property of said defendant[s] up to the value of the forfeitable

property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 21,

United States Code, Section 853.


A TRUE BILL


_Ink Signature on File in Clerk's Office_
FOREPERSON

APPROVED:
Robert C. Troyer,
United States Attorney
District of Colorado

By: _s/Stephanie Podolak_
Stephanie Podolak
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone (303) 454-0309
Fax (303) 454-0401
Stephanie.podolak@usdoj.gov
Attorney for the Government

14