IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00470-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    AIDE PAOLA TARANGO,

    Defendant

---

## MOTION FOR APPLICATION OF THE THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY

---

THE UNITED STATES OF AMERICA, COLE FINEGAN, UNITED STATES ATTORNEY, by Stephanie Podolak, Assistant U.S. Attorney, files this motion pursuant to United States Sentencing Guideline Section 3E1.1(b), requesting that this Court grant the defendant a three-level reduction in the guideline calculation for acceptance of responsibility for reasons set forward in the defendant's plea agreement.

    RESPECTFULLY SUBMITTED:

    COLE FINEGAN
    UNITED STATES ATTORNEY
    DISTRICT OF COLORADO

By:    *s/Stephanie Podolak*
    STEPHANIE PODOLAK
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0309
    Fax: (303) 454-0401
    Email: Stephanie.Podolak@usdoj.gov
    Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2021, I electronically filed the foregoing **MOTION FOR APPLICATION OF THE THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/ Brenda L. Lozano*
BRENDA L. LOZANO
Legal Assistant
United States Attorney's Office
