IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 18-cr-00470-PAB | Date:  January 7, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter:   Janet Coppock |
| Probation Officer:   Kelly Muller | Interpreter: Alberto Hernandez-Lemus |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Stephanie Podolak |
| | Alex Duncan |
| Plaintiff, | |
| v. | |
| 10.   AIDE PAOLA TARANGO, | Alaurice Tofoya-Modi |
| Defendant. | |

## COURTROOM MINUTES

### SENTENCING

**9:02 a.m.     Court in session.**

Appearances of counsel.  Defendant present on bond.

Interpreter sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

**ORDERED:** Government's Motion for Application of the Third Point for Acceptance of Responsibility [548] is GRANTED.

**ORDERED:** Government's Motion to Dismiss Counts [549] is GRANTED.  Counts 15, 16, 17, 19, 20, 21, 22, and 23 of the Indictment are dismissed as to Aide Paola Tarango only.

**ORDERED:** Motion [547] is GRANTED.

Statement by Daucely Hermosillo, Aalyah Tarango, Tomasa Morales, and Ms. Tarango.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's Motion for Variance [550] is GRANTED IN PART.**

**ORDERED:   Defendant shall be imprisoned for 24 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years.**

**ORDERED:   Conditions of Supervised Release, as stated on record.**

**ORDERED:   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.**

Defendant advised of right to appeal.

Discussion regarding remaining on bond.

**ORDERED:   Defendant is directed to surrender to the institution designated by the Bureau of Prisons.**

**ORDERED:   Defendant's bond is continued.**

**10:06 a.m.   Court in recess.**

Hearing concluded.
Total time in court:    1:04